IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:08-00015

KEITH J. POWELL

## MEMORANDUM OPINION AND ORDER

Pending before the court is the defendant's motion to continue his final hearing on the petition to revoke his supervised release. (ECF No. 152.) In support of his motion, counsel for the defendant explains that additional time is needed due to the COVID-19 outbreak at the Huttonsville Corrections Center, which hindered defendant and his counsel from meeting and preparing for defendant's final hearing in this matter. (See id.) Counsel also stated that the government does not oppose the continuance of this matter. (See id.) For good cause shown, the defendant's motion is **GRANTED**.

Accordingly, the court hereby **ORDERS** that the final hearing on the petition to revoke defendant's supervised release shall be held at **2:00 p.m. on June 23, 2020, in Bluefield**. The Clerk is directed to send a copy of this Memorandum Opinion and Order to all counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

IT IS SO ORDERED this 1st day of June, 2020.

        **ENTER:**

        */s/ David A. Faber*

        David A. Faber, Senior Judge