IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

UNITED STATES OF AMERICA

v.                                   CRIMINAL NO. 1:08-00015

KEITH J. POWELL

**MEMORANDUM OPINION AND ORDER**

Pending before the court is the defendant's motion to appear by video for his final revocation hearing.  (ECF No. 154.)  The final hearing on the petition to revoke defendant's supervised release is scheduled for tomorrow, June 23, 2020, in Bluefield.  (ECF No. 153.)  For lack of good cause shown, the court hereby **DENIES** defendant's motion to appear by video.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to all counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

IT IS SO ORDERED this 22nd day of June, 2020.

                ENTER:

                David A. Faber
                Senior United States District Judge